MORRISANIA PLUMBING & HEATING CO., INC., Appellant, v. CARMI HOLDING CORPORATION, Defendant, Impleaded with BANKERS LOAN AND INVESTMENT COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

CELANESE CORPORATION OF AMERICA, Respondent, v. SAMUEL KROHNBERG and LOUIS KROHNBERG, Individually and as Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

IRENE HARDING, Respondent, v. LOUIS SHERMAN, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the authority of Ryther v. Brevoort [ante, p. 692], decided by this court January 31, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

JOSEPHINE ZIMARDI, as Administratrix, etc., of SALVATORE ZIMARDI, Deceased, Appellant, v. HERMAN BECK, Respondent.— Order modified by allowing full bill of costs to date, the judgment to stand as security, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

JACOB SCHNECK, Respondent, v. LEONARD D. KETCHAM, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.; Finch, J., dissents and votes for reversal on the authority of Cuban Tel. Co. v. Conklin (196 App. Div. 463).

J. BROOKS NICHOLS and Another v. CLARK, MACMULLEN & RILEY, INC., and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

JOSEPHINE F. BURGHARD v. LUCILLE PUGH and Others.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

JULIUS PORTNOY, as Secretary-Treasurer of Joint Board of Cloak, Suit, Skirt, Dress and Reefer Makers Union, v. 130 EAST 25TH STREET CORPORATION and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

WILLIAM GREENBERG, as President of Cloak and Suit Tailors Union, Local No. 9 of the International Ladies' Garment Workers' Union v. LEXINGTON AVENUE AND 25TH STREET CORPORATION and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

JOSEPH BORUCHOWITZ, as Secretary Manager of Cloak, Suit and Reefer Operators Union, Local No. 2 of the International Ladies' Garment Workers' Union,